United States Courts
Southern District of Texas
FILED
April 29, 2026
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 4:26-cr-261** |
| | § | |
| **JOSHUA JAJUAN THOMAS** | § | |
| **Defendant.** | § | |

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
**(Felon in Possession of a Firearm)**

On or about November 12, 2025, in the Southern District of Texas and within the jurisdiction of the Court, **Defendant**,

**JOSHUA JAJUAN THOMAS,**

knowing that he had been convicted in the 339th District Court of Harris County, Texas, on June 7, 2010, for Burglary of a Habitation, Case Number 1228417, a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate and foreign commerce a firearm, namely, a Taurus pistol, Model PT 24/7 Pro, 9mm in caliber.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**NOTICE OF FORFEITURE**
**18 U.S.C. §922(g)**

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States gives notice to defendant,

**JOSHUA JAJUAN THOMAS,**

that upon conviction of a violation of Title 18, United States Code, Section 922(g), all

firearms and ammunition involved in said violation are subject to forfeiture.

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

FOREPERSON OF THE GRAND JURY

JOHN G.E. MARCK
ACTING UNITED STATES ATTORNEY

Leo J. Leo III
LEO J. LEO, III
Assistant United States Attorney